mm MR

FILED
9/14/2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

EE

Rubin Carter Case No: 21 CR 446
Attorney: Joshua B. Kutnick

How you Doing your i Recently sent a letter to you Containing me withdrawing my plea i forgot to put my case number in my attorney Name which is at the top of this letter i am hoping to get a Response Before the Day i get sentence which is september, 22 2026.

Thank for taking time
out your Day to Read this letter
your honor.

Rubin CaRteR #56598-509
metropolitan Correctional Center
71 West Van Buren st.
Chicago, IL 60605

RECEIVED
SEP 14 2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

SEP 14 REC'D

Legal Mail

Clerk of CouRt
219 S. Dearborn
Chicago, IL 60604
20th FlooR

60604$1702 C005

09/14/2026-12

METROPOLITAN CORRECTIONAL CENTER
71 W VAN BUREN ST. CHICAGO IL 606005
The enclosed letter was processed through special mailing procedures for forwarding to you.
This letter has neither been opened nor inspected.

SEP 09 2026

If the sender raises a question or problem over which this facility has jurisdiction,
you may wish to return the material for further information or clarification.
If the sender encloses correspondence for forwarding to another addressee,
please return the enclosure to the above address.